UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DION HARDAWAY #243916,

    Plaintiff,                Case No. 05-70362

v.                              District Judge Avern Cohn
                               Magistrate Judge R. Steven Whalen

OFFICER HAGGERTY, et al.,

    Defendants.
_____ /

## ORDER GRANTING LEAVE TO DEPOSE PLAINTIFF

Before the Court are Defendants' Motion to Depose Deon Hardaway [Docket #54] and Renewed Motion to Depose Deon Hardaway [Docket #61]. Plaintiff, who has filed this action under 42 U.S.C. §1983, is an inmate in the custody of the Michigan Department of Corrections (MDOC).

Defendants' motions [Docket #54 and #61] are GRANTED. Pursuant to Fed.R.Civ.P. 30(a)(2), the Defendants, through their counsel, the Attorney General of the State of Michigan, are hereby granted leave to conduct a deposition of the Plaintiff, Deon Hardaway, #243916, at any MDOC facility at which he might be housed.

SO ORDERED.

                                                      R. STEVEN WHALEN
                                                      UNITED STATES MAGISTRATE JUDGE

Date: June 26, 2008