UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DION HARDAWAY,

    Plaintiff,

CIVIL ACTION NO. 05-70362

v.

HONORABLE AVERN COHN

JAMES HAGGERTY, et al,

    Defendants.
_____/

## AMENDED ORDER SETTING DEADLINES

On October 4, 2010 the Court held a status conference in this matter. The following dates were set during the conference:

Plaintiff shall file a Motion for Summary Judgment on or before **December 1, 2010.**

Defendants shall file a response on or before **January 3, 2011**.

Plaintiff shall file a reply on or before **January 18, 2011**.

**SO ORDERED**.

Dated: October 4, 2010

s/Avern Cohn
AVERN COHN
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to the parties of record on this date, October 4, 2010, by electronic and/or ordinary mail.

s/Michael Williams
Case Manager, (313) 234-5160